CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
FRIENDSHIP INTERNATIONAL MANAGEMENT (SVG) INC.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FRIENDSHIP INTERNATIONAL
MANAGEMENT (SVG) INC.,

           Plaintiff,

   v.

GUJARAT AMBUJA EXPORTS LTD.,

           Defendant.
------------------------------------------------------------X

08 CV _____ (___)

**RULE 7.1 STATEMENT**



Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, FRIENDSHIP INTERNATIONAL MANAGEMENT (SVG) INC., certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: Port Washington, New York
       June 3, 2008

                              CHALOS, O'CONNOR & DUFFY, LLP
                              Attorneys for Plaintiff,
                              FRIENDSHIP INTERNATIONAL
                              MANAGEMENT (SVG) INC.

By: _____
      Owen F. Duffy (OD-3144)
      George E. Murray (GM-4172)
      366 Main Street
      Port Washington, New York 11050
      Tel: (516) 767-3600 / Fax: (516) 767-3605