

**08 CV 5076**

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
FRIENDSHIP INTERNATIONAL MANAGEMENT (SVG) INC.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FRIENDSHIP INTERNATIONAL
MANAGEMENT (SVG) INC.,

                                    Plaintiff,

                                                              08 CV _____ (___)

              v.

                                                              **APPLICATION FOR THE**
GUJARAT AMBUJA EXPORTS LTD.,                                   **APPOINTMENT OF A**
                                                              **SPECIAL PROCESS**
                          Defendant.                          **SERVER**
-------------------------------------------------------------X
STATE OF NEW YORK      :
                       : ss.
COUNTY OF NASSAU       :


        BEFORE ME, the undersigned authority, personally came and appeared Owen F.

Duffy who, after being duly sworn, did depose and state:

        1.      I am a member of the Bar of the State of New York, and admitted to practice

before this Court, and am a partner of the firm of Chalos, O'Connor & Duffy, LLP, attorneys

for the Plaintiff in this action.

        2.      I am fully familiar with the matters set forth in this affidavit, which is

submitted in support of Plaintiff's application pursuant to Rule 4(c) of the Federal Rules of

Civil Procedure for an Order appointing any associate or paralegal or agent of Chalos,

O'Connor & Duffy LLP, in addition to the United States Marshal, to serve a Process of

Maritime Attachment and Garnishment on the garnishees listed therein, together with possible other garnishees.

3.    The associates or paralegals or agents with the firm of Chalos, O'Connor & Duffy LLP, who will be so designated, are over eighteen (18) years of age, and are not a party to this action.

4.    Plaintiff is desirous of serving the Process of Maritime Attachment and Garnishment on the garnishees with all deliberate speed so that it will be fully protected against the possibility of not being able to satisfy any arbitration award and/or judgment that may ultimately be obtained by Plaintiff against the Defendant GUJARAT AMBUJA EXPORTS LTD.

5.    For the foregoing reasons, I respectfully request that this Court appoint said associates, paralegals or agents of Chalos, O'Connor & Duffy LLP to serve the Process of Maritime Attachment and Garnishment upon the Garnishees listed in the in Process, and any other garnishee(s) who we learn hold assets of the Defendant.

6.    No previous application for this or similar relief has been made.

Dated: Port Washington, New York
          June 3, 2008

                                        CHALOS, O'CONNOR & DUFFY, LLP
                                        Attorneys for Plaintiff,

                              By:        _____
                                         Owen F. Duffy (OD-3144)
                                         366 Main Street
                                         Port Washington, New York 11050
                                         Tel:  (516) 767-3600 / Fax: (516) 767-3605

Subscribed and sworn to before me this
June 3, 2008

_____
Notary Public, State of New York

                                        GEORGE E. MURRAY
                                        Notary Public, State of New York
                                        No. 02MU6108120
                                        Qualified in New York County
                                        Commission Expires April 12, 2008
                                                                    2012

2