JUDGE KOELTL

08 CV 5076

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
FRIENDSHIP INTERNATIONAL MANAGEMENT (SVG) INC.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FRIENDSHIP INTERNATIONAL
MANAGEMENT (SVG) INC.,

      Plaintiff,

  v.

GUJARAT AMBUJA EXPORTS LTD.,

      Defendant.
------------------------------------------------------------X

08 CV _____ (___)

**ATTORNEY'S AFFIDAVIT THAT DEFENDANT CANNOT BE FOUND WITHIN THE DISTRICT**

STATE OF NEW YORK :
        : ss.
COUNTY OF NASSAU  :

  This affidavit is executed by the attorney for the Plaintiff, FRIENDSHIP INTERNATIONAL MANAGEMENT (SVG) INC., in order to secure the issuance of a Summons and Process of Attachment and Garnishment in the above-entitled, *in personam*, Admiralty cause.

  Owen F. Duffy, being first duly sworn, deposes and states:

  1. I am a partner of the firm of Chalos, O'Connor & Duffy LLP representing Plaintiff FRIENDSHIP INTERNATIONAL MANAGEMENT (SVG) INC. in this case.

2. I have personally inquired or have directed inquiries into the presence of Defendant GUJARAT AMBUJA EXPORTS LTD. in this District.

3. I have personally checked with the office of the Secretary of State of the State of New York, using the Secretary of State's Division of Corporations database, and I have determined that, as of June 3, 2008, the Defendant GUJARAT AMBUJA EXPORTS LTD. is not incorporated pursuant to the laws of New York, is not qualified to conduct business within the State of New York and has not nominated agents for the service of process within New York because the Secretary of State of the State of New York has no records for the Defendant GUJARAT AMBUJA EXPORTS LTD.

4. I have inquired of Verizon Telephone Company whether the Defendant GUJARAT AMBUJA EXPORTS LTD. can be located within this District. The Verizon Telephone Company has advised me that the Defendant does not have any telephone number listings within this District.

5. I have further consulted with several other telephone directories on the internet, and I have found no telephone listing or address for the Defendant GUJARAT AMBUJA EXPORTS LTD. within this District.

6. I have further made several searches on the internet with various search engines and maritime websites, and I have found no indication that the Defendant GUJARAT AMBUJA EXPORTS LTD. can be found within this District.

7. In that I have been able to determine that the Defendant GUJARAT AMBUJA EXPORTS LTD. is not based in the United States of America and that I have found no indication that the Defendant GUJARAT AMBUJA EXPORTS LTD. can be found within this District, I have formed a good faith belief that the Defendant

GUJARAT AMBUJA EXPORTS LTD. does not have sufficient contacts or business activities within this District to defeat maritime attachment under Rule B of the Supplemental Rules for Admiralty or Maritime Claims as set forth in the Federal Rules of Civil Procedure.

8.   It is my belief, based upon my own investigation that the Defendant GUJARAT AMBUJA EXPORTS LTD. cannot be found within this District for the purposes of Rule B of the Supplemental Rules for Admiralty or Maritime Claims of the Federal Rules of Civil Procedure.

Dated: Port Washington, New York
       June 3, 2008

                                        CHALOS, O'CONNOR & DUFFY, LLP
                                        Attorneys for Plaintiff,
                                        FRIENDSHIP INTERNATIONAL
                                        MANAGEMENT (SVG) INC.

                              By:       _____
                                        Owen F. Duffy (OD-3144)
                                        366 Main Street
                                        Port Washington, New York 11050
                                        Tel: (516) 767-3600
                                        Fax: (516) 767-3605

Subscribed and sworn to before me this
June 3, 2008

_____
Notary Public, State of New York

GEORGE E. MURRAY
Notary Public, State of New York
No. 02MU6108120
Qualified in New York County
Commission Expires April 12, ~~2008~~ 2012