CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
FRIENDSHIP INTERNATIONAL MANAGEMENT (SVG) INC.
366 Main Street
Port Washington, New York
11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FRIENDSHIP INTERNATIONAL
MANAGEMENT (SVG) INC.,

                      Plaintiff,

                      08 CV 5076 (JGK)

      v.

NOTICE OF
**VOLUNTARY DISMISSAL**

GUJARAT AMBUJA EXPORTS LTD.,

                      Defendant.
------------------------------------------------------------X

      PLEASE TAKE NOTICE that the above-captioned action is hereby voluntarily dismissed without prejudice by Plaintiff, FRIENDSHIP INTERNATIONAL MANAGEMENT (SVG) INC., as to the Defendant, GUJARAT AMBUJA EXPORTS LTD., pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. The Defendant has not appeared, answered, or filed a motion for summary judgment in this action. No costs are to be assessed to any party.

FURTHERMORE, the Process of Maritime Attachment and Garnishment issued by this Court, by Order dated June 3, 2008, is hereby vacated.

Dated: Port Washington, New York
June 12, 2008

                                  CHALOS, O'CONNOR & DUFFY LLP
                                  Attorneys for Plaintiff,
                                  FRIENDSHIP INTERNATIONAL
                                  MANAGEMENT (SVG) INC.,

By: _____
       Owen F. Duffy (OD-3144)
       366 Main Street
       Port Washington, New York 11050
       Tel:   516-767-3600
       Fax:   516-767-3605

**SO ORDERED:**

Dated: New York, New York
June /2, 2008

_____
Hon. John G. Koeltl, U.S.D.J.

2