/Kocktys

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
FRIENDSHIP INTERNATIONAL MANAGEMENT (SVG) INC.
366 Main Street
Port Washington, New York
11050
Tel:  (516) 767-3600
Fax:  (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FRIENDSHIP INTERNATIONAL
MANAGEMENT (SVG) INC.,

                Plaintiff,

                                                                         08 CV 5076 (JGK)

v.

                                                                        **NOTICE OF**
                                                                        **VOLUNTARY DISMISSAL**

GUJARAT AMBUJA EXPORTS LTD.,

                Defendant.
------------------------------------------------------------X

PLEASE TAKE NOTICE that the above-captioned action is hereby voluntarily dismissed without prejudice by Plaintiff, FRIENDSHIP INTERNATIONAL MANAGEMENT (SVG) INC., as to the Defendant, GUJARAT AMBUJA EXPORTS LTD., pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. The Defendant has not appeared, answered, or filed a motion for summary judgment in this action. No costs are to be assessed to any party.

FURTHERMORE, the Process of Maritime Attachment and Garnishment issued by this Court, by Order dated June 3, 2008, is hereby vacated.

Dated: Port Washington, New York
      June 12, 2008

CHALOS, O'CONNOR & DUFFY LLP
Attorneys for Plaintiff,
FRIENDSHIP INTERNATIONAL
MANAGEMENT (SVG) INC.,

By: _____
Owen F. Duffy (OD-3144)
366 Main Street
Port Washington, New York 11050
Tel: 516-767-3600
Fax: 516-767-3605

**SO ORDERED:**

Dated: New York, New York
      June 18, 2008

_____
Hon. John G. Koeltl, U.S.D.J.

2